UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-10826-AS | Date | March 25, 2026 |
| --- | --- | --- | --- |
| Title | Berkay Kara v. Pam Bondi, et al. | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
| --- | --- |

| Alma Felix | N/A |
| --- | --- |
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE RE LACK OF PROSECUTION**

On November 12, 2025, Plaintiff Berkay Kara ("Plaintiff") filed a Complaint against Defendants Pam Bondi, Kristi Noem, Joseph Edlow, and David Radel. (Dkt. No. 1 ). The Clerk issued summonses as to Defendants that same day, along with a Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent ("Notice of Assignment").[1] (Dkt. No. 4).  Plaintiff subsequently filed proofs of service indicating that he served the Summons, Complaint, and the Notice of Assignment by certified mail on Defendant Bondi on December 5, 2025, on Defendants Noem and Edlow on December 3, 2025, on Defendant Radel on November 28, 2025, and on the Civil Process Clerk for the U.S. Attorney for the Central District of California on November 28, 2025.  (Dkt. Nos. 9 -13).  The respective deadlines for Defendants to file answers were February 3, 2026 (Bondi), February 2, 2026 (Noem and Edlow), and January 27, 2026 (Radel). (Id.). To date, no Defendants have answered the Complaint.[2]

---

[1] The Notice of Assignment advises that this case has been assigned to U.S. Magistrate Judge Alka Sagar for all purposes and that any party may decline to consent to that assignment according to the schedule set forth for such declination.  Pursuant to Central District of California Local Civil Rule ("Local Rule") 73-2.1, each newly served party or party added to the case must be served the Notice of Assignment at the time of service of the summons and compliant or other case-initiating document.  See Local Rule 73-2.1.  The period for a newly served party or party added to decline consent begins to run upon service of the Notice.  Id.

[2] Because Defendants were served with the Notice of Assignment and did not decline consent before the deadline to do so, each party was deemed to have knowingly and voluntarily

CV-90 (10/08)    **CIVIL MINUTES - GENERAL**    Page 1 of 2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-10826-AS | Date | March 25, 2026 |
|---|---|---|---|
| Title | Berkay Kara v. Pam Bondi, et al. | | |

On February 27, 2026, the Court noted this and ordered Plaintiff to file a request for the Clerk to enter default against Defendants' interests or a notice of voluntary dismissal of Defendants on or before March 9, 2026.  (Dkt. No. 27).  To date, Plaintiff has not responded.

Plaintiff is therefore ORDERED TO SHOW CAUSE within fourteen days of the date of this Order, why this case should not be dismissed without prejudice for lack of prosecution.  See Fed. R. Civ. P. 41; Henderson v. Duncan, 779 F.2d 1421, 1423 (9th Cir. 1986) (holding district courts have "inherent power *sua sponte* to dismiss a case for lack of prosecution." (citations omitted)).  Plaintiff may discharge this Order by seeking entry of default or filing a notice of voluntary dismissal.  Failure to timely respond to this Order will result in involuntary dismissal of this action for failure to prosecute and/or for failure to obey a court order.  See Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

---

consented to proceed before a Magistrate Judge for all purposes pursuant to the Local Rules, and the case is therefore before the undersigned Magistrate Judge for all purposes. (See Dkt. No. 27).