UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-10826-AS | Date | May 1, 2026 |
|---|---|---|---|
| Title | Berkay Kara v. Pam Bondi, et al. | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | N/A |
|---|---|
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:     (IN CHAMBERS) ORDER TO SHOW CAUSE**

On April 30, 2026, Defendants Pam Bondi, Kristi Noem, Joseph Edlow, and David Radel ("Defendants") filed a motion to dismiss the complaint.  (Dkt. No. 32).  The motion, which includes the statement, "[t]his motion is made following multiple attempts to comply with Local Rule 7-3 and being unable to contact Plaintiff's counsel in this case[,]" fails to include a declaration setting forth Defendnats' attempts to meet and confer with Plaintiff under L.R. 7-3 or a certificate of compliance under L.R. 11-6.2.  Accordingly, Defendants are ordered to show cause, in writing, no later than May 8, 2026, why the Court should not strike their motion to dismiss for such failures. Alternatively, Defendants may file an amended motion that complies with the Local Rules and set a revised hearing date consistent with the new filing date.

 **IT IS SO ORDERED.**